■ In the Matter of the Probate of the Will of JOSEPHINE M. PROBEN, Deceased. JOHN A. PROBEN, JR., et al., Appellants; T. FREDERICK ROEDIGER, Respondent.— Motion to dismiss appeal denied on condition that appellants be ready to argue or submit the appeal at the September 1960 Term, beginning September 7, 1960, for which term the appeal is ordered to be placed on the calendar. The record and appellants' brief must be served and filed on or before August 1, 1960. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of LOUIS H. SAMUELS, as Head of the Group for the Preservation of the Old Supreme Court Building in Brooklyn, in Behalf of Himself and the Group and All Citizens and Taxpayers, Petitioner, against BOARD OF ESTIMATE OF THE CITY OF NEW YORK, Respondent.— Application denied, without costs. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of HARRY E. SELTZER, Respondent. CORINNE N. WENDELL, Appellant.— Motion for a stay pending appeal and to add appeal to June 1960 Term Calendar granted on condition that appellant be ready to argue or submit the appeal at the June 1960 Term, beginning May 23, 1960, for which term the appeal is ordered to be placed on the calendar. On the court's own motion, the appeal will be heard on the original papers (including the typed minutes) and on the typewritten briefs of the parties. The parties are directed to file five copies of their brief and to serve one copy on the attorney for the adverse party. The appellant's brief must be served and filed on or before May 19, 1960. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ. concur.

■ WILLIAM F. JESSEN, Respondent, v. NATHAN W. MACHER, Appellant. — Motion for a stay granted. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ BARBARA KAM, an Infant, by Her Guardian ad Litem, LEAH KAM, et al., Appellants, v. MORTON BLANK, Respondent, et al., Defendant.— Motion by respondent Blank for leave to appeal to the Appellate Division denied, without costs. Beldock, Acting P. J., Kleinfeld, Christ and Brennan, JJ., concur; Pette, J., not voting.

■ SIDNEY LAYEFSKY, Individually, as Administrator of the Estate of FREDA LAYEFSKY, Deceased, et al., Respondents, v. CITY OF NEW YORK, Appellant. FRED CARUBA, Individually, and as Administrator of the Estate of ESTHER CARUBA, Deceased, Respondent, v. SIDNEY LAYEFSKY, Defendant, and CITY OF NEW YORK, Appellant.— Motion to extend time granted on condition that appellant be ready to argue or submit the appeal at the September 1960 Term, beginning September 7, 1960, for which term the appeal is ordered to be placed on the calendar peremptorily against appellant. The record and appellant's brief must be served and filed on or before August 1, 1960. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.